AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

Statesboro Division

2008 JUN 23 PM 12: 25

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Darvis Small | ) | Case No: CR604-00014-001 |
| | ) | USM No: 11983-021 |
| Date of Previous Judgment: December 7, 2005 | ) | Charles W. Cook |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  110  months **is reduced to**  97 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  29           Amended Offense Level:  27
Criminal History Category:  II         Criminal History Category:  II
Previous Guideline Range:  97  to  121  months    Amended Guideline Range:  78  to  97  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated  December 7, 2005,  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  June 23, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)               Printed name and title